UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD RILEY,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | NO: 13-CV-0145-TOR<br><br>ORDER OF DISMISAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal (ECF No. 16). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs, expenses or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

///

///

///

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 **IT IS HEREBY ORDERED**:

2     Pursuant to the parties' Stipulated Motion for Order of Dismissal (ECF No.

3 16), all claims and causes of action in this matter are **DISMISSED** with prejudice

4 and without costs, expenses or fees to any party.

5     The District Court Executive is hereby directed to enter this Order, furnish

6 copies to counsel, and **CLOSE** the file.

7     **DATED** November 20, 2004.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2